People v McGarry (2025 NY Slip Op 05103)

People v McGarry

2025 NY Slip Op 05103

Decided on September 24, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 24, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
CHERYL E. CHAMBERS
WILLIAM G. FORD
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2023-10630

[*1]The People of the State of New York, respondent,
v
Bryan C. McGarry, appellant (S.C.I. No. 125/18)

Margaret M. Walker, Poughkeepsie, NY (Jennifer Burton of counsel), for appellant.
Emmanuel C. Nneji, District Attorney, Kingston, NY (Joan Gudesblatt Lamb of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from an amended sentence of the County Court, Dutchess County (Jessica Segal, J.), imposed October 19, 2023, revoking a sentence of probation previously imposed by the same court, upon a finding that he violated conditions thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of rape in the second degree, on the ground that the amended sentence was excessive.
ORDERED that the amended sentence is affirmed.
The amended sentence imposed was not excessive (see People v Suitte , 90 AD2d 80).
DUFFY, J.P., CHAMBERS, FORD, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court